UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LEVAN KEKELIA,

     Petitioner,

v.

TODD BLANCHE, et al,

     Respondents.

Case No. 5:26-cv-02879-KES

**JUDGMENT**

Pursuant to the Court's Order Denying Petition, IT IS ADJUDGED that the Petition is denied.

DATED: July 1, 2026

*Karen E. Scott*

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE