UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LEVAN KEKELIA,

Petitioner,

v.

TODD BLANCHE, et al,

Respondents.

Case No. 5:26-cv-02879-KES

**JUDGMENT**

Pursuant to the Court's Order Denying Petition, IT IS ADJUDGED that the Petition is denied.

DATED:__August 14, 2026

Karen E. Scott

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE